417 A.2d 773

Commonwealth v. Reese, Appellant.

Submitted March 12, 1979. David K. James, III, and with him, Clayton R. Wilcox and D. L. Allewalt, Jr., for appellant; Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 774

Commonwealth v. Shelton, Appellant.

Argued April 12, 1979. Michael C. Gruitza, for appellant; Harry Penich, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.